CAMPBELL and BROCK, JJ., concur.

---

E. LOIS LAND v. LESTER T. LAND

No. 6922SC97

(Filed 26 February 1969)

**1. Appeal and Error § 45—　the brief — failure to discuss exceptions**

　　Exceptions in the record not set out in appellant's brief, or in support of which no reason or argument is stated or authority cited, will be taken as abandoned by him. Rule of Practice in the Court of Appeals No. 28.

**2. Appeal and Error § 44—　the brief — effect of failure to file**

　　Failure by appellant to file a brief works an abandonment of his assignments of error, except those appearing upon the face of the record proper, which are cognizable *ex mero motu.*

APPEAL by defendant from *Johnston, J.,* 9 September 1968 Session, DAVIDSON Superior Court.

Plaintiff brought this action to have the court declare that defendant holds title to certain real estate as trustee for plaintiff.

From a verdict and judgment in accordance with plaintiff's prayer for relief, defendant gave notice of appeal.

*E. W. Hooper and L. D. McGuire for plaintiff appellee.*
*Clarence C. Boyan for defendant appellant.*

BROCK, J.

[1, 2] No briefs have been filed, nor was oral argument undertaken. Exceptions in the record not set out in appellant's brief, or in support of which no reason or argument is stated or authority cited,

will be taken as abandoned by him. Rule 28, Rules of Practice in the Court of Appeals of North Carolina. Failure by appellant to file a brief works an abandonment of his assignments of error, except those appearing upon the face of the record proper, which are cognizable *ex mero motu. Dillard v. Brown*, 233 N.C. 551, 64 S.E. 2d 843.

Error does not appear upon the face of the record.

Appeal dismissed.

CAMPBELL and MORRIS, JJ., concur.